UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20220-RAR

**HOWARD MICHAEL CAPLAN**,

    Plaintiff,

v.

**GLOBAL AUTOMOTIVE, INC.**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice ("Stipulation"), [ECF No. 16], filed on March 14, 2024. The Stipulation states that the parties "hereby jointly stipulate to a dismissal of this action with prejudice. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter." Stip. at 1. Accordingly, pursuant to the Stipulation, and the Court being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees, costs, and expenses except as otherwise agreed in the parties' Confidential Settlement Agreement. The Clerk of the Court is directed to **CLOSE** this case, and any pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of March, 2024.

                                                            **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**